**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL, BOLD ALLIANCE, CENTER FOR BIOLOGICAL DIVERSITY, FRIENDS OF THE EARTH, NATURAL RESOURCES DEFENSE COUNCIL, INC., and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS and LIEUTENANT GENERAL TODD T. SEMONITE (in his official capacity as U.S. Army Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers),<br><br>Defendants. | CV-19-44-GF-BMM<br><br><br>**ORDER** |

Plaintiffs have moved for an order allowing Eric Huber, Esq., Jackie Prange, Esq. Cecelia Segal, Esq., Jared Margolis, Esq. and Amy Atwood, Esq. to appear *pro hac vice* in this case with Timothy M. Bechtold, Bechtold Law Firm, designated as

local counsel.  The applications of Eric Huber, Esq., Jackie Prange, Esq. Cecelia

Segal, Esq., Jared Margolis, Esq. and Amy Atwood, Esq. appear to be in

compliance with L.R. 83.1(d).

IT IS ORDERED:

Plaintiffs' motions to allow Eric Huber, Esq., Jackie Prange, Esq. Cecelia

Segal, Esq., Jared Margolis, Esq. and Amy Atwood, Esq. to appear on its behalf

(Docs. 3, 4, 5, 6, 7 and 8) are GRANTED, subject to the following conditions:

1.     Local counsel shall exercise the responsibilities required by L.R.

83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2.     Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3.     Eric Huber, Esq., Jackie Prange, Esq. Cecelia Segal, Esq., Jared

Margolis, Esq. and Amy Atwood, Esq. must do their own work.  They must do their

own writing, sign their own pleadings, motions, briefs, and, if designated co-lead

counsel, must appear and participate personally in all proceedings before the Court;

4.     Local counsel shall also sign all such pleadings, motions and briefs and

other documents served or filed; and

5.     Admission is personal to Eric Huber, Esq., Jackie Prange, Esq., Cecelia Segal, Esq., Jared Margolis, Esq. and Amy Atwood, Esq., it is not an admission of their law firm.

IT IS FURTHER ORDERED:

Eric Huber, Esq., Jackie Prange, Esq. Cecelia Segal, Esq., Jared Margolis, Esq. and Amy Atwood, Esq., within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 8th day of July, 2019.


_____
Brian Morris
United States District Court Judge