**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL, BOLD ALLIANCE, CENTER FOR BIOLOGICAL DIVERSITY, FRIENDS OF THE EARTH, NATURAL RESOURCES DEFENSE COUNCIL, INC., and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS and LIEUTENANT GENERAL TODD T. SEMONITE (in his official capacity as U.S. Army Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers),<br><br>Defendants. | CV-19-44-GF-BMM<br><br>**AMENDED ORDER** |

Plaintiffs have moved for an order allowing Doug Hayes, Esq., Eric Huber, Esq., Jackie Prange, Esq. Cecelia Segal, Esq., Jared Margolis, Esq. and Amy Atwood, Esq. to appear *pro hac vice* in this case with Timothy M. Bechtold,

Bechtold Law Firm, designated as local counsel.  The applications of Doug Hayes, Esq., Eric Huber, Esq., Jackie Prange, Esq. Cecelia Segal, Esq., Jared Margolis, Esq. and Amy Atwood, Esq. appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Plaintiffs' motions to allow Doug Hayes, Esq., Eric Huber, Esq., Jackie Prange, Esq. Cecelia Segal, Esq., Jared Margolis, Esq. and Amy Atwood, Esq. to appear on its behalf (Docs. 3, 4, 5, 6, 7 and 8) are GRANTED, subject to the following conditions:

1.      Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2.      Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3.      Doug Hayes, Esq., Eric Huber, Esq., Jackie Prange, Esq. Cecelia Segal, Esq., Jared Margolis, Esq. and Amy Atwood, Esq. must do their own work.  They must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4.      Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5.     Admission is personal to Doug Hayes, Esq., Eric Huber, Esq., Jackie Prange, Esq., Cecelia Segal, Esq., Jared Margolis, Esq. and Amy Atwood, Esq., it is not an admission of their law firm.

IT IS FURTHER ORDERED:

Doug Hayes, Esq., Eric Huber, Esq., Jackie Prange, Esq. Cecelia Segal, Esq., Jared Margolis, Esq. and Amy Atwood, Esq., within fifteen (15) days from the date of this Order,  an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 8th day of July, 2019.


Brian Morris
United States District Court Judge