Timothy M. Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, Montana 59807
(406) 721-1435
tim@bechtoldlaw.net
*Attorney for all Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL, BOLD ALLIANCE, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, CENTER FOR BIOLOGICAL DIVERSITY, and FRIENDS OF THE EARTH,<br><br>          Plaintiffs,<br><br>     v.<br><br>U.S. ARMY CORPS OF ENGINEERS and LIEUTENANT GENERAL TODD T. SEMONITE (in his official capacity as U.S. Army Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers),<br><br>          Defendants. | CV 19-44-GF-BMM<br><br>**Douglas P. Hayes' Acknowledgment and Acceptance of Admission** *Pro Hac Vice* |

Please take notice that Douglas P. Hayes, counsel for Sierra Club and Northern Plains Resource Council, hereby acknowledges and accepts his admission *pro hac vice* pursuant to the conditions set forth in the Court's July 8, 2019 Amended Order. Mr. Hayes further acknowledges and agrees that he will serve as co-lead counsel along with local counsel Timothy Bechtold.

Dated: July 9, 2019			Respectfully submitted,

/s/ Douglas P. Hayes
Douglas P. Hayes (*pro hac vice*)
Sierra Club
1650 38th Street, Suite 102W
Boulder, CO 80301
(303) 449-5595
doug.hayes@sierraclub.org
*Attorney for Sierra Club and
Northern Plains Resource Council*