Jeffery J. Oven\
Mark L. Stermitz\
Jeffrey M. Roth\
CROWLEY FLECK PLLP\
490 North 31st Street, Ste. 500\
P.O. Box 2529\
Billings, MT  59103-2529\
Telephone: 406-252-3441\
Email: joven@crowleyfleck.com\
         mstermitz@crowleyfleck.com\
         jroth@crowleyfleck.com

*Counsel for TransCanada Keystone Pipeline, LP and TC Energy Corporation*



FILED
JUL 16 2019
Clerk, U.S District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL, BOLD ALLIANCE, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, CENTER FOR BIOLOGICAL DIVERSITY, and FRIENDS OF THE EARTH,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS and LT. GENERAL TODD T. SEMONITE (in his official capacity as U.S. Army Chief of Engineers and Commanding General of the U.S. Army Chief of Engineers),<br><br>　　　　　　　Defendants. | CV 19-44-GF-BMM<br><br>**UNOPPOSED MOTION BY TRANSCANADA KEYSTONE PIPELINE, LP AND TC ENERGY CORPORATION TO INTERVENE IN SUPPORT OF DEFENDANTS** |

TransCanada Keystone Pipeline, LP ("Keystone") and TC Energy Corporation hereby respectfully move for leave to intervene as of right pursuant to Federal Rule of Civil Procedure 24(a)(2) or, alternatively, to intervene permissively pursuant to Federal Rule of Civil Procedure 24(b)(1)(B). Pursuant to Local Rule 7.1(c)(1), counsel has confirmed the other parties do not oppose this motion.

DATED this 16th day of July 2019,

/s/ Jeffery J. Oven
Jeffery J. Oven
Mark L. Stermitz
Jeffrey M. Roth
CROWLEY FLECK PLLP
490 North 31st Street, Ste. 500
Billings, MT 59103-2529
Telephone: 406-252-3441
Email: joven@crowleyfleck.com
       mstermitz@crowleyfleck.com
       jroth@crowleyfleck.com
*Counsel for TransCanada Keystone Pipeline LP and TC Energy Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be served today via the Court's CM/ECF system on all counsel of record.

_____
Jeffrey M. Roth