# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL, BOLD ALLIANCE, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, CENTER FOR BIOLOGICAL DIVERSITY, and FRIENDS OF THE EARTH,<br><br>      Plaintiffs,<br><br>vs.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS and LT. GENERAL TODD T. SEMONITE (in his official capacity as U.S. Army Chief of Engineers and Commanding General of the U.S. Army Chief of Engineers),<br><br>      Defendants. | CV 19-44-GF-BMM<br><br>**ORDER GRANTING MOTION TO INTERVENE BY TC ENERGY CORPORATION** |

Applicants for intervention, TransCanada Keystone Pipeline, LP and TC Energy Corporation, have filed an unopposed motion to intervene in this action as of right pursuant to Federal Rule of Civil Procedure 24(a). The Court finds good cause for the motion.

Accordingly, IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that TransCanada Keystone Pipeline, LP and TC Energy Corporation shall file their answer or dispositive motion in response to

the complaint within seven days of the Federal Defendants' filing of an answer or dispositive motion.

DATED this  23rd  day of July 2019.

_____
Brian M. Morris
United States District Court Judge