# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL, BOLD ALLIANCE, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, CENTER FOR BIOLOGICAL DIVERSITY, and FRIENDS OF THE EARTH, | CV-19-44-GF-BMM |
| Plaintiffs, | **ORDER** |
| vs. | |
| UNITED STATES ARMY CORPS OF ENGINEERS and LT. GENERAL TODD T. SEMONITE (in his official capacity as U.S. Army Chief of Engineers and Commanding General of the U.S. Army Chief of Engineers), | |
| Defendants, | |
| TRANSCANADA KEYSTONE PIPELINE, LP, a Delaware limited partnership, and TC ENERGY CORPORATION, a Canadian Public company, | |
| Defendant-Intervenors. | |

Defendant-Intervenors have moved for an order allowing Peter R. Steenland, Esq. and Peter C. Whitfield, Esq. to appear *pro hac vice* in this case with Jeffrey Oven, Esq., designated as local counsel. The applications of Mr. Steenland and Mr. Whitfield appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Defendant-Intervenors' motions to allow Mr. Steenland and Mr. Whitfield to appear on its behalf, (Docs. 25 and 26) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. Steenland and Mr. Whitfield must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Steenland and Mr. Whitfield.

**IT IS FURTHER ORDERED** that each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 14th day of August, 2019.

Brian Morris
United States District Court Judge