Jeffery J. Oven
Mark L. Stermitz
Jeffrey M. Roth
CROWLEY FLECK PLLP
490 North 31st Street, Ste. 500
Billings, MT 59103-2529
Telephone: 406-252-3441
Email: joven@crowleyfleck.com
        mstermitz@crowleyfleck.com
        jroth@crowleyfleck.com

Peter R. Steenland
Peter C. Whitfield
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Telephone: 202-736-8000
Email: psteenland@sidley.com
        pwhitfield@sidley.com

*Counsel for TransCanada Keystone Pipeline, LP and TC Energy Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL, BOLD ALLIANCE, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, CENTER FOR BIOLOGICAL DIVERSITY, and FRIENDS OF THE EARTH,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS and LT. GENERAL TODD T. SEMONITE (in his official capacity as U.S. Army Chief of Engineers and Commanding General of the U.S. Army Chief of Engineers),<br><br>Defendants,<br><br>and | CV 19-44-GF-BMM<br><br>**TRANSCANADA KEYSTONE PIPELINE, LP AND TC ENERGY CORPORATION'S SUPPLEMENTAL STATUS REPORT** |

TRANSCANADA KEYSTONE PIPELINE, LP, a Delaware limited partnership, and TC ENERGY CORPORATION, a Canadian Public company,

                    Defendant-Intervenors.

On September 20, 2019, Defendants TransCanada Keystone Pipeline, LP and TC Energy Corporation (TC Energy) filed a status report with this Court, reporting on its intentions to take certain steps with regard to specific, pre-construction activities on private lands. (Doc. 38).  Subsequently, TC Energy informed counsel that it is continuing to assess the appropriate timeline for conducting preconstruction activities. With the exception of weed eradication, which is already complete, and the orderly winddown of certain road upgrade work, preconstruction work will not occur until, at the earliest, after the hearing scheduled for October 9, 2019 in the matter of *Indigenous Environmental Network et al v. Trump et al*, CV 19-28-GF-BMM (D. Mont.).  TC Energy will further advise the Court of its plans at the October 9 hearing for that matter.

DATED this 3rd day of October, 2019,

CROWLEY FLECK PLLP

*/s/ Jeffery J. Oven*
Jeffery J. Oven
Mark L. Stermitz
Jeffrey M. Roth
490 North 31st Street, Ste. 500

SIDLEY AUSTIN LLP

*/s/ Peter R. Steenland, Jr.*
Peter R. Steenland, Jr.
Peter R. Whitfield
1501 K Street, N.W.
Washington, DC 20005

Billings, MT 59103-2529
Telephone: 406-252-3441
Email: joven@crowleyfleck.com
     mstermitz@crowleyfleck.com
     jroth@crowleyfleck.com

Telephone: 202-736-8000
Email: psteenland@sidley.com
     pwhitfield@sidley.com

*Counsel for TransCanada Keystone Pipeline, LP and TC Energy Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served today via the Court's

CM/ECF system on all counsel of record.

*/s/ Jeffery J. Oven*