FILED

OCT 15 2019

Clerk, U.S. Courts
District Of Montana
Billings Division

William W. Mercer
Brianne McClafferty
HOLLAND & HART LLP
401 North 31st Street, Suite 1500
Billings, MT  59101
Phone:  (406) 252-2166
wwmercer@hollandhart.com
bcmcclafferty@hollandhart.com

Deidre G. Duncan (D.C. Bar No. 461548) *(pro hac vice pending)*
Karma B. Brown (D.C. Bar No. 479774) *(pro hac vice pending)*
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, DC  20037-1701
Phone:  (202) 955-1500
dduncan@huntonAK.com
kbbrown@huntonAK.com

*Counsel for Defendant-Intervenors American Gas
Association, American Petroleum Institute,
Association of Oil Pipe Lines, Interstate Natural
Gas Association of America, and National Rural
Electric Cooperative Association*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL, et al., | Case No. 4:19-cv-00044-GF-BMM |
| Plaintiffs, | **MOTION BY AMERICAN GAS ASSOCIATION, AMERICAN PETROLEUM INSTITUTE, ASSOCIATION OF OIL PIPE LINES, INTERSTATE NATURAL GAS ASSOCIATION OF AMERICA, AND NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION TO INTERVENE AS DEFENDANTS** |
| v. | |
| U.S. ARMY CORPS OF ENGINEERS, et al., | |
| Defendants, | |

1

TRANSCANADA KEYSTONE
PIPELINE, LP, et al.,

      Defendant-Intervenors.

The American Gas Association, American Petroleum Institute, Association of Oil Pipe Lines, Interstate Natural Gas Association of America, and National Rural Electric Cooperative Association (collectively, the "NWP 12 Coalition") respectfully move for leave to intervene as of right under Rule 24(a)(2) of the Federal Rules of Civil Procedure. Alternatively, the NWP 12 Coalition moves to intervene permissively under Rule 24(b)(1)(B) of the Federal Rules of Civil Procedure.

Attached as Exhibit 1 is NWP 12 Coalition's Answer, which is required as part of this motion by Local Rule 24.1(b)(1)(C).

Consistent with Local Rule 7.1(c)(1), counsel has contacted the other parties. Plaintiffs stated that they oppose the motion. Federal Defendants do not oppose the motion for permissive intervention. Defendant-Intervenors TC Energy and State of Montana consent to the motion.

Date:  October 15, 2019.

Respectfully submitted,

Brianne C. McClafferty
William W. Mercer
Holland & Hart LLP
401 North 31st Street, Suite 1500
Billings, MT  59101
Phone:  (406) 252-2166
Email:  wwmercer@hollandhart.com
         bcmcclafferty@hollandhart.com

Deidre G. Duncan (D.C. Bar No. 461548)
Karma B. Brown (D.C. Bar No. 479774)
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, DC  20037-1701
(202) 955-1500
dduncan@huntonAK.com
kbbrown@huntonAK.com

*Pro Hac Vice* Applications Pending

*Counsel for American Gas Association,
American Petroleum Institute, Association
of Oil Pipe Lines, Interstate Natural Gas
Association of America, and National Rural
Electric Cooperative Association*

3

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be mailed, first class postage paid, on this 15th day of October, 2019, to the following:

Timothy M. Bechtold
Bechtold Law Firm
P.O. Box 7051
Missoula, MT  59807-7051

Cecilia D. Segal
Natural Resources Defense Council
San Francisco
111 Sutter Street, Floor 21
San Francisco, CA  94104

Amy R. Atwood
Center for Biological Diversity
Portland
P.O. Box 11374
Portland, OR  97211-0374

Douglas P. Hayes
Sierra Club
1650 38th Street, Suite 102W
Boulder, CO  80301

Eric E. Huber
Sierra Club
Environmental Law Program
1650 38th Street, Suite 102W
Boulder, CO  80301

Jaclyn H. Prange
Natural Resources Defense Council
San Francisco
111 Sutter Street, Floor 21
San Francisco, CA  94104

Jared Michael Margolis
Center for Biological Diversity
2852 Willamette Street, Suite 171
Eugene, OR  97405

Benjamin James Grillot
U.S. Department of Justice
Environmental & Natural Resources
Division-NRS
P.O. Box 7611
Washington, DC  20044-7611

Kristofor R. Swanson
U.S. Department of Justice
Environmental Enforcement
P.O. Box 7611
Ben Franklin Station
Washington, DC  20044-7611

Bridget K. McNeil
U.S. Department of Justice
999 18th Street, Suite 370
Denver, CO  80202

Mark Steger Smith
U.S. Attorney's Office
Billings
2601 Second Avenue North
Suite 3200
Billings, MT  59101

Jeffrey M. Roth
Crowley Fleck PLLP
Missoula
305 South 4th Street East, Suite 100
P.O. Box 7099
Missoula, MT  59807

Peter R. Steenland
Sidley Austin LLP
Washington, DC
1501 K Street, NW
Washington, DC  20005

Robert Thomas Cameron
Montana Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT  59620-1401

Jeremiah R. Langston
Montana Public Service Commission
1701 Prospect
P.O. Box 202601
Helena, MT  59601

Jeffery J. Oven
Crowley Fleck PLLP
Billings
490 North 31st Street, Suite 500
P.O. Box 2529
Billings, MT  59103-2529

Mark L. Stermitz
Crowley Fleck PLLP
Billings
490 North 31st Street, Suite 500
P.O. Box 2529
Billings, MT  59103-2529

Peter Christopher Whitfield
Sidley Austin LLP
Washington, DC
1501 K Street, NW
Washington, DC  20005

Timothy C. Fox
Montana Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT  59620-1401

13690035_v1