# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ARMY CORPS OF ENGINEERS, et al., <br><br> Defendants, <br><br> TC ENERGY CORPORATION, et al., <br><br> Intervenor-Defendants. | CV 19-44-GF-BMM <br><br> **Order on the Parties' Stipulation to Stay Claims Three and Five and Set Briefing Schedule** |

The parties have jointly stipulated and proposed that Plaintiffs' Claims Three and Five in the First Amended Complaint relating to the U.S. Army Corps of Engineers' verification of the Keystone XL crossings of the Yellowstone River and Cheyenne River be stayed pending further action by the Corps. Furthermore, the parties stipulate to the following briefing schedule for Claims One, Two, and Four:

1

**By Nov. 1, 2019**- Federal Defendants file a notice certifying the administrative record;

**Nov. 22, 2019**- Plaintiffs file motion for summary judgment;

**Dec. 23, 2019**- Federal Defendants file cross-motion/response;

**Dec. 30, 2019**- Defendant-Intervenors file cross-motions/responses;

**Jan. 29, 2020**- Plaintiffs file response/reply;

**Feb. 14, 2020**- Federal Defendants file reply;

**Feb. 19, 2020**- Defendant-Intervenors file replies.

The stipulation is **GRANTED**. Dated this 4th of November, 2019,

_____
Brian Morris
United States District Court Judge