**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | | |
|---|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL, BOLD ALLIANCE, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, CENTER FOR BIOLOGICAL DIVERSITY, and FRIENDS OF THE EARTH, | ) ) ) ) ) ) ) | Case 4:19-cv-00044-BMM |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| U.S. ARMY CORPS OF ENGINEERS And LIEUTENANT GENERAL TODD T. SEMONITE (in his official capacity as U.S. Army Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers), | ) ) ) ) ) ) ) | **STIPULATION AND JOINT CASE MANAGEMENT PLAN** |
| Defendants, | ) ) | |
| and | ) ) | |
| THE STATE OF MONTANA, TRANSCANADA KEYSTONE PIPELINE, LP, TC ENERGY CORPORATION, AMERICAN GAS ASSOCIATION, AMERICAN PETROLEUM INSTITUTE, ASSOCIATION OF OIL PIPE LINES, INTERSTATE NATURAL GAS ASSOCIATION OF AMERICA, and NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendant-Intervenors. | ) | |

In response to the Court's order on October 10, 2019, ECF No. 47, the Parties, by and through their undersigned counsel, hereby submit the following Stipulation and Joint Case Management Plan. In support of this Stipulation and Joint Case Management Plan, the Parties hereby state as follows:

1. The Parties agree that this case is a civil action for declaratory judgment and injunctive relief against Defendants pursuant to the Administrative Procedure Act ("APA"), 5 U.S.C. § 701 to 706, and citizen suit provision of the Endangered Species Act ("ESA"), 16 U.S.C. § 1540(g).

2. The Parties agree that Plaintiffs' claims under the APA are resolved following submission of the administrative record and through motions for summary judgment. Although Plaintiffs contend that adjudication of Plaintiffs' Fourth and Fifth Claims for Relief, arising under the citizen-suit provision of the ESA, is not limited to the administrative record and potentially subject to discovery, the Parties anticipate that the administrative record may provide a sufficient evidentiary basis to adjudicate that claim and thus they do not anticipate the need for discovery at this time. As such, the Parties stipulate that a deadline for completion of discovery is not presently necessary. If it later appears that discovery may be needed for Plaintiffs' ESA citizen suit claims, which Federal Defendants do not concede is permissible, the Parties will first meet and confer. Plaintiffs also contend that discovery may become necessary to support the remedy phase of the

case or a possible preliminary injunction. If such discovery becomes necessary, the Parties will first meet and confer. If the parties are unable to reach agreement on the availability, timing, or scope of discovery they will jointly request the Court's assistance.

3. Pursuant to Local Rule 16.2(a) and consistent with the foregoing, the Parties submit that this case is exempt from preliminary pretrial statements, discovery plans, stipulations of fact, and related requirements.

4. A stipulation to authenticity and foundation is not appropriate for this case because this case is a challenge to an administrative agency action and will be resolved on cross-motions for summary judgment without discovery or trial.

5. The Parties agree that this case is not suitable for an alternative dispute resolution ("ADR") program such as arbitration, mediation, or judicial settlement conference.

6. The Parties agree that this case can be resolved without a trial.

7. As more fully detailed in the Parties' October 31, 2019 Stipulation, the Parties have agreed to Stay Plaintiffs' Third and Fifth Claims. ECF No. 53. Based on future actions by the Federal Defendants, Plaintiffs may seek to proceed with these claims upon motion to the Court or mutual agreement of the parties. Accordingly, the Parties have assembled an outline for case management below but reserve the right to seek later amendments, either jointly or unilaterally.

8.      On November 1, 2019, the Court entered the Parties' Stipulation for a briefing schedule regarding Plaintiffs' First, Second, and Fourth Claims. *See* ECF No. 56. The parties propose to modify that schedule as follows to account for the Court's November 7, 2019 Order on Intervention (ECF 59):

Nov. 22, 2019- Plaintiffs file motion for summary judgment;

Dec. 23, 2019- Federal Defendants and Defendant-Intervenor TC Energy file cross-motions/responses;

Dec. 30, 2019- Defendant-Intervenors Montana and Coalition file briefs in support of Federal Defendants'/TC Energy's cross-motions;

Jan. 29, 2020- Plaintiffs file response/reply;

Feb. 14, 2020- Federal Defendants file reply;

Feb. 19, 2020- Defendant-Intervenors file replies.

WHEREFORE, the Parties respectfully request that this Court issue an order approving the following outstanding case management items:

A.  The Parties reiterate the request in the October 31, 2019 Stipulation that should the Court schedule a hearing on the merits briefing on Claims One, Two, and Four, the hearing be set in March 2020.

B.  Word Limits: Due to the number and complexity of issues presented in this case, the Parties request the following expansion of the word limits set forth in Local Rule 7.1(d) for the briefing set forth in Paragraph 8:

Plaintiffs' motion for summary judgment – 10,000 words

Federal Defendants' cross-motion/response – 10,000 words

Following the submission of these briefs, the parties will propose word

limits for the remaining briefs, including the possibility that Plaintiffs would file a

single consolidated reply brief.


Respectfully submitted this 13th day of November, 2019,

*/s/ Doug Hayes*
Doug Hayes (*pro hac vice*)
*/s/ Eric Huber*
Eric Huber (*pro hac vice*)
Sierra Club Environmental Law Program
1650 38th Street, Suite 102W
Boulder, CO 80301
(303) 449-5595
doug.hayes@sierraclub.org
eric.huber@sierraclub.org

*Attorneys for Sierra Club and Northern*
*Plains Resource Council*

*/s/ Jaclyn H. Prange*
Jaclyn H. Prange (*pro hac vice*)
*/s/ Cecilia D. Segal*
Cecilia D. Segal (*pro hac vice*)
Natural Resources Defense Council
111 Sutter Street, Floor 21
San Francisco, CA 94104
(415) 875-6100
jprange@nrdc.org
csegal@nrdc.org

*Attorneys for Bold Alliance and Natural*
*Resources Defense Council*

*/s/ Jared Margolis*
Jared Margolis (*pro hac vice*)
*/s/ Amy R. Atwood*
Amy R. Atwood (*pro hac vice*)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
(503) 283-5474
jmargolis@biologicaldiversity.org
atwood@biologicaldiversity.org

*Attorneys for Center for Biological Diversity
and Friends of the Earth*

*/s/ Timothy M. Bechtold*
Timothy M. Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807
(406) 721-1435
tim@bechtoldlaw.net

*Attorney for all Plaintiffs*

JEAN E. WILLIAMS, Deputy Asst. Attny General
Environment & Natural Resources Division
U.S. Department of Justice

*/s/ Benjamin J. Grillot*
Benjamin J. Grillot (D.C. Bar No. 982114)
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0303
Fax: (202) 305-0506
benjamin.grillot@usdoj.gov

*/s/ Kristofor R. Swanson*
Kristofor R. Swanson (Colo. Bar No. 39378)

6

Senior Attorney, Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0248
Fax: (202) 305-0506
kristofor.swanson@usdoj.gov

*/s/ Bridget K. McNeil*
Bridget Kennedy McNeil (Colo. Bar No. 34299)
Senior Trial Attorney
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
303-844-1484
bridget.mcneil@usdoj.gov

*Attorneys for Federal Defendants*

/s/ *Peter Steenland*
Peter R. Steenland, Jr.
Peter C. Whitfield
Sidley Austin llp
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8000 (telephone)
(202) 736-8711 (fax)
Email:  psteenland@sidley.com
pwhitfield@sidley.com

*/s/ Jeffery Oven*
Jeffery J. Oven
Mark L. Stermitz
Jeffrey M. Roth
CROWLEY FLECK PLLP
490 North 31st Street, Ste. 500
P.O. Box 2529
Billings, MT  59103-2529
Telephone: 406-252-3441
Email: joven@crowleyfleck.com

mstermitz@crowleyfleck.com
jroth@crowleyfleck.com

*Counsel for TransCanada Keystone Pipeline LP
and TC Energy Corporation*


*/s/ Rob Cameron*
Deputy Attorney General
215 N. Sanders
P.O. Box 201401
Helena, MT 59620-1401
Tel: (406) 444-2026
Fax: (406) 444-5870
rob.cameron@mt.gov

*Attorneys for Defendant-Intervenor
State of Montana*

William W. Mercer
Brianne McClafferty
Holland & Hart LLP
401 North 31st Street, Suite 1500
Billings, MT  59101
(406) 252-2166
wwmercer@hollandhart.com
bcmcclafferty@hollandhart.com

Deidre G. Duncan (admitted *pro hac vice*)
*/s/ Karma Brown*
Karma B. Brown (admitted *pro hac vice*)
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, DC  20037
(202) 955-1500
dduncan@HuntonAK.com
kbbrown@HuntonAK.com

*Counsel for Defendant-Intervenors American Gas
Association, American Petroleum Institute,*

8

*Association of Oil Pipe Lines, Interstate Natural Gas Association of America, and National Rural Electric Cooperative Association*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2019, I filed the above pleading with the Court's electronic case management system, which caused notice to be sent to all parties.

*Bridget K. McNeil*
Bridget Kennedy McNeil
