## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | | |
|---|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL, BOLD ALLIANCE, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, CENTER FOR BIOLOGICAL DIVERSITY, and FRIENDS OF THE EARTH, | ) ) ) ) ) ) | Case 4:19-cv-00044-BMM |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| U.S. ARMY CORPS OF ENGINEERS And LIEUTENANT GENERAL TODD T. SEMONITE (in his official capacity as U.S. Army Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers), | ) ) ) ) ) ) ) | **ORDER  STIPULATION AND JOINT  CASE MANAGEMENT  PLAN** |
| Defendants, | ) ) ) | |
| and | ) ) | |
| THE STATE OF MONTANA, TRANSCANADA KEYSTONE PIPELINE, LP, TC ENERGY CORPORATION, AMERICAN GAS ASSOCIATION, AMERICAN PETROLEUM INSTITUTE, ASSOCIATION OF OIL PIPE LINES, INTERSTATE NATURAL GAS ASSOCIATION OF AMERICA, and NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendant-Intervenors. | ) | |

On November 13, 2019, the parties filed a Stipulation and Joint Case Management Plan. For good cause shown in that document, it is hereby ordered:

1.      The briefing schedule entered on November 1, 2019 (ECF No. 56), is modified as follows:

Nov. 22, 2019- Plaintiffs file motion for summary judgment;

Dec. 23, 2019- Federal Defendants and Defendant-Intervenor TC Energy file cross-motions/responses;

Dec. 30, 2019- Defendant-Intervenors Montana and Coalition file briefs in support of Federal Defendants'/TC Energy's cross-motions;

Jan. 29, 2020- Plaintiffs file response/reply;

Feb. 14, 2020- Federal Defendants file reply;

Feb. 19, 2020- Defendant-Intervenors file replies.

2.      The parties' request the following expansion of the word limits set forth in Local Rule 7.1(d) for the briefing set forth in Paragraph 8 is granted as follows:

Plaintiffs' motion for summary judgment – 10,000 words

Federal Defendants' cross-motion/response – 10,000 words

Following the submission of these briefs, the parties will propose word limits for the remaining briefs, including the possibility that Plaintiffs would file a single consolidated reply brief.

Dated this ___15th___ day of ___November___, 2019

Brian Morris
United States District Court Judge