Timothy M. Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, Montana 59807
(406) 721-1435
tim@bechtoldlaw.net
*Attorney for all Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL, et al., | |
| Plaintiffs, | |
| v. | |
| U.S. ARMY CORPS OF ENGINEERS, et al., | CV 19-44-GF-BMM |
| Defendants, | **Plaintiffs' Motion for Partial Summary Judgment** |
| TC ENERGY CORPORATION, et al., | |
| Intervenor-Defendants, | |
| STATE OF MONTANA, | |
| Intervenor-Defendant, | |
| AMERICAN GAS ASSOCIATION, et al., | |
| Intervenor-Defendants. | |

Plaintiffs Northern Plains Resource Council, Bold Alliance, Center for Biological Diversity, Friends of the Earth, Natural Resources Defense Council, and Sierra Club (collectively, "Plaintiffs") respectfully move for partial summary judgment against the U.S. Army Corps of Engineers (the "Corps"). Specifically, Plaintiffs move for summary judgment on their first, second, and fourth claims for relief. *See* First Am. Compl., ECF No. 36. Plaintiffs' third and fifth claims for relief have been stayed by joint agreement of the parties. ECF No. 56.

As explained in their brief in support of this motion, Plaintiffs challenge the Corps' improper reissuance of Nationwide Permit 12—a general permit that approves pipelines and other utility projects under the Clean Water Act—and the unlawful application of Nationwide Permit 12 to the Keystone XL pipeline. The Corps' actions violated the law for three reasons.

First, the Corps failed to adequately evaluate the direct, indirect, and cumulative impacts associated with the numerous oil pipelines that are authorized under Nationwide Permit 12, like Keystone XL, in violation of the National Environmental Policy Act. Second, the Corps failed to conduct formal programmatic consultation on Nationwide Permit 12 with the U.S. Fish and Wildlife Service and National Marine Fisheries Service, in violation of the Endangered Species Act. Finally, the Corps failed to ensure that Nationwide Permit 12 will not allow linear projects, like Keystone XL, to cause more than

1

minimal adverse environmental effects, in violation of the Clean Water Act.

In light of these violations, Plaintiffs respectfully request that the Court grant Plaintiffs' motion for partial summary judgment; declare Nationwide Permit 12—and its specific application to Keystone XL—in violation of the National Environmental Policy Act, Endangered Species Act, and Clean Water Act; remand Nationwide Permit 12 to the Corps for compliance with these statutes; and enjoin the use of Nationwide Permit 12 to authorize the construction of Keystone XL.

Consistent with the parties' joint case management plan, ECF Nos. 66, 68, and Local Rule 7.1(c)(1), the Corps and Defendant-Intervenor TC Energy will file oppositions to this motion and cross-motions for summary judgment. Defendant-Intervenors the State of Montana and the American Gas Association et al. will file briefs in support of the Corps' and TC Energy's cross-motions.

Dated: November 22, 2019  Respectfully submitted,

/s/ Doug Hayes
Doug Hayes (*pro hac vice*)
/s/ Eric Huber
Eric Huber (*pro hac vice*)
Sierra Club Environmental Law Program
1650 38th Street, Suite 102W
Boulder, CO 80301
(303) 449-5595
doug.hayes@sierraclub.org
eric.huber@sierraclub.org
*Attorneys for Sierra Club and Northern Plains Resource Council*

/s/ Jaclyn H. Prange
Jaclyn H. Prange (*pro hac vice*)
/s/ Cecilia D. Segal
Cecilia D. Segal (*pro hac vice*)
Natural Resources Defense Council
111 Sutter Street, Floor 21
San Francisco, CA 94104
(415) 875-6100
jprange@nrdc.org
csegal@nrdc.org
*Attorneys for Bold Alliance and Natural Resources Defense Council*

/s/ Jared Margolis
Jared Margolis (*pro hac vice*)
/s/ Amy R. Atwood
Amy R. Atwood (*pro hac vice*)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
(503) 283-5474
jmargolis@biologicaldiversity.org
atwood@biologicaldiversity.org
*Attorneys for Center for Biological Diversity and Friends of the Earth*

/s/ Timothy M. Bechtold
Timothy M. Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807
(406) 721-1435
tim@bechtoldlaw.net
*Attorney for all Plaintiffs*