Case 4:19-cv-00044-BMM   Document 79-1   Filed 12/03/19   Page 1 of 6

FILED
Dec. 03, 2019
Clerk, U.S. District Court
District of Montana
Great Falls Division

| | |
|---|---|
| Robert L. Sterup<br>BROWN LAW FIRM, P.C.<br>315 North 24th Street<br>P.O. Drawer 849<br>Billings, MT 59103-0849<br>Tel. (406) 248-2611<br>Fax (406) 248-3128<br>rsterup@brownfirm.com | David Chung (*pro hac vice pending*)<br>Amanda Shafer Berman (*pro hac vice pending*)<br>Crowell & Moring LLP<br>1001 Pennsylvania Ave. NW<br>Washington, DC 20004-2595<br>(202) 624-2500<br>dchung@crowell.com<br>*Counsel for Amici Curiae Edison Electric Institute and Utility Water Act Group* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL, et al,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS AND LIEUTENANT GENERAL TODD T. SEMONITE (IN HIS OFFICIAL CAPACITY AS U.S. ARMY CHIEF OF ENGINEERS AND COMMANDING GENERAL OF THE U.S. ARMY CORPS OF ENGINEERS), DEFENDANTS,<br><br>TC ENERGY CORPORATION, ET AL. DEFENDANT-INTERVENORS.<br><br>Defendants. | Cause No. CV 19-44-GF-BMM<br><br><br><br>**CORPORATE DISCLOSURE STATEMENT OF EDISON ELECTRIC INSTITUTE AND UTILITY WATER ACT GROUP** |

1

The undersigned counsel for proposed amici curiae, Edison Electric Institute ("EEI") and Utility Water Act Group ("UWAG"), certifies that EEI is a nonprofit corporation that has no parent corporation and has never issued any stock, and that UWAG is an *ad hoc*, unincorporated entity comprised of individual electric utilities and national trade associations. UWAG is not a parent, subsidiary, or affiliate of any corporation or other entity that has any outstanding securities in the hands of the public, and no publicly-held company has a 10% or greater ownership interest of UWAG.

DATED this 26th day of November 2019.

BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849

David Chung (*pro hac vice pending*)
Amanda S. Berman (*pro hac vice pending*)
Crowell & Moring LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004-2595
(202) 624-2500
dchung@crowell.com
*Counsel for Amici Curiae Edison Electric Institute and Utility Water Act Group*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of November, 2019, the foregoing Corporate Disclosure was mailed for conventional filing with the Clerk of the Court. I further certify that on the 26th day of November, 2019, I served true and correct copies of the foregoing Corporate Disclosure via first-class mail, postage prepaid, upon each of the following counsel of record:

*Counsel for Plaintiffs*:

Doug Hayes
Eric Huber
Sierra Club Environmental Law Program
1650 38th Street, Suite 102W
Boulder, CO 80301
(303) 449-5595
doug.hayes@sierraclub.org
eric.huber@sierraclub.org

*Attorneys for Sierra Club and Northern Plains Resource Council*

Jaclyn H. Prange
Cecilia D. Segal
Natural Resources Defense Council
111 Sutter Street, Floor 21
San Francisco, CA 94104
(415) 875-6100
jprange@nrdc.org
csegal@nrdc.org

*Attorneys for Bold Alliance and Natural Resources Defense Council*

3

Jared Margolis
Amy R. Atwood
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
(503) 283-5474
jmargolis@biologicaldiversity.org
atwood@biologicaldiversity.org

*Attorneys for Center for Biological Diversity
and Friends of the Earth*

Timothy M. Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807
(406) 721-1435
tim@bechtoldlaw.net

*Attorney for all Plaintiffs*

**Counsel for Defendants:**

JEAN E. WILLIAMS, Deputy Asst. Attny General
Environment & Natural Resources Division
U.S. Department of Justice

Benjamin J. Grillot
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0303
benjamin.grillot@usdoj.gov

Kristofor R. Swanson
Senior Attorney, Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0248
kristofor.swanson@usdoj.gov

4

Bridget Kennedy McNeil
Senior Trial Attorney
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
(303) 844-1484
bridget.mcneil@usdoj.gov

*Attorneys for Federal Defendants*

Peter R. Steenland, Jr.
Peter C. Whitfield
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
psteenland@sidley.com
pwhitfield@sidley.com

Jeffery J. Oven
Mark L. Stermitz
Jeffrey M. Roth
CROWLEY FLECK PLLP
490 North 31st Street, Ste. 500
P.O. Box 2529
Billings, MT 59103-2529
(406) 252-3441
joven@crowleyfleck.com
mstermitz@crowleyfleck.com
jroth@crowleyfleck.com

*Counsel for TransCanada Keystone Pipeline LP
and TC Energy Corporation*

*Counsel for Defendant-Intervenors*:

Deputy Attorney General
215 N. Sanders
P.O. Box 201401
Helena, MT 59620-1401
Tel: (406) 444-2026
Fax: (406) 444-5870
rob.cameron@mt.gov

*Attorneys for Defendant-Intervenor
State of Montana*

William W. Mercer
Brianne McClafferty
Holland & Hart LLP
401 North 31st Street, Suite 1500
Billings, MT 59101
(406) 252-2166
wwmercer@hollandhart.com
bcmcclafferty@hollandhart.com

Deidre G. Duncan
Karma B. Brown
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 955-1500
dduncan@HuntonAK.com
kbbrown@HuntonAK.com

*Counsel for Defendant-Intervenors American Gas
Association, American Petroleum Institute,
Association of Oil Pipe Lines, Interstate Natural
Gas Association of America, and National Rural
Electric Cooperative Association*

/s/ Robert L. Sterup

6