| | |
|---|---|
| Robert L. Sterup<br>BROWN LAW FIRM, P.C.<br>315 North 24th Street<br>P.O. Drawer 849<br>Billings, MT 59103-0849<br>Tel. (406) 248-2611<br>Fax (406) 248-3128<br>rsterup@brownfirm.com | David Y. Chung (*pro hac vice pending*)<br>Amanda Shafer Berman (*pro hac vice pending*)<br>Crowell & Moring LLP<br>1001 Pennsylvania Ave. NW<br>Washington, DC 20004-2595<br>(202) 624-2500<br>dchung@crowell.com<br>*Counsel for Amicus Curiae International Brotherhood of Electrical Workers* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL, et al,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS AND LIEUTENANT GENERAL TODD T. SEMONITE (IN HIS OFFICIAL CAPACITY AS U.S. ARMY CHIEF OF ENGINEERS AND COMMANDING GENERAL OF THE U.S. ARMY CORPS OF ENGINEERS), DEFENDANTS,<br><br>TC ENERGY CORPORATION, ET AL. DEFENDANT-INTERVENORS.<br><br>Defendants. | Cause No. CV 19-44-GF-BMM<br><br><br>**CORPORATE DISCLOSURE STATEMENT OF INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS** |

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for proposed amicus curiae International Brotherhood of Electrical Workers ("IBEW") certifies that IBEW is a nonprofit corporation that has no parent corporation and has never issued any stock. IBEW is affiliated with the American Federation of Labor and Congress of Industrial Organizations, which is also a nonprofit.

DATED this 6th day of January 2020.

/s/ Robert L. Sterup
Robert L. Sterup
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849

David Y. Chung (*pro hac vice pending*)
Amanda S. Berman (*pro hac vice pending*)
Crowell & Moring LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004-2595
(202) 624-2500
dchung@crowell.com
*Counsel for Amici Curiae International*
*Brotherhood of Electrical Workers*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 6th day of January, 2020, a copy of the foregoing was electronically filed and served on the following persons by the following means:

| 1-13 | CM/ECF | _____ | Fax |
|------|--------|-------|-----|
| _____ | Hand Delivery | _____ | E-Mail |
| _____ | Mail | _____ | Overnight Delivery |

1.  U.S District Court, Billings Division

    ***Counsel for Plaintiffs:***

2.  Doug Hayes
    Eric Huber
    Sierra Club Environmental Law Program
    1650 38th Street, Suite 102W
    Boulder, CO 80301
    doug.hayes@sierraclub.org
    eric.huber@sierraclub.org
    *Attorneys for Sierra Club and Northern*
    *Plains Resource Council*

3.  Jaclyn H. Prange
    Cecilia D. Segal
    Natural Resources Defense Council
    111 Sutter Street, Floor 21
    San Francisco, CA 94104
    jprange@nrdc.org
    csegal@nrdc.org
    *Attorneys for Bold Alliance and Natural*
    *Resources Defense Council*

4.  Jared Margolis
    Center for Biological Diversity
    P.O. Box 11374
    Portland, OR 97211
    jmargolis@biologicaldiversity.org
    *Attorneys for Center for Biological Diversity*

*and Friends of the Earth*

5.     Timothy M. Bechtold
       Bechtold Law Firm, PLLC
       P.O. Box 7051
       Missoula, MT 59807
       tim@bechtoldlaw.net
       *Attorney for all Plaintiffs*

**Counsel for Defendants:**

6.     Benjamin J. Grillot
       Environmental Defense Section
       P.O. Box 7611
       Washington, DC 20044-7611
       benjamin.grillot@usdoj.gov

7.     Kristofor R. Swanson
       Senior Attorney, Natural Resources Section
       P.O. Box 7611
       Washington, DC 20044-7611
       kristofor.swanson@usdoj.gov

8.     Bridget Kennedy McNeil
       Senior Trial Attorney
       Wildlife & Marine Resources Section
       999 18th Street, South Terrace, Suite 370
       Denver, CO 80202
       bridget.mcneil@usdoj.gov

*Attorneys for Federal Defendants*

9.     Peter R. Steenland, Jr.
       Peter C. Whitfield
       Sidley Austin LLP
       1501 K Street, N.W.
       Washington, D.C. 20005
       psteenland@sidley.com
       pwhitfield@sidley.com

10.     Jeffery J. Oven
        Mark L. Stermitz
        Jeffrey M. Roth
        CROWLEY FLECK PLLP
        490 North 31st Street, Ste. 500
        P.O. Box 2529
        Billings, MT 59103-2529
        joven@crowleyfleck.com
        mstermitz@crowleyfleck.com
        jroth@crowleyfleck.com

*Counsel for TransCanada Keystone Pipeline LP
and TC Energy Corporation*


*Counsel for Defendant-Intervenors*:

11.     Deputy Attorney General
        215 N. Sanders
        P.O. Box 201401
        Helena, MT 59620-1401
        rob.cameron@mt.gov

*Attorneys for Defendant-Intervenor
State of Montana*

12.     William W. Mercer
        Brianne McClafferty
        Holland & Hart LLP
        401 North 31st Street, Suite 1500
        Billings, MT 59101
        wwmercer@hollandhart.com
        bcmcclafferty@hollandhart.com

13.     Deidre G. Duncan
        Karma B. Brown
        Hunton Andrews Kurth LLP
        2200 Pennsylvania Avenue, NW
        Washington, DC 20037
        dduncan@HuntonAK.com
        kbbrown@HuntonAK.com

*Counsel for Defendant-Intervenors American Gas*
*Association, American Petroleum Institute,*
*Association of Oil Pipe Lines, Interstate Natural*
*Gas Association of America, and National Rural*
*Electric Cooperative Association*

By:  /s/ Robert L. Sterup
        Robert L. Sterup