IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **Northern Plains Resource Council**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. Army Corps of Engineers**, et al.,<br><br>Defendants.<br><br>and<br><br>**TransCanada Keystone Pipeline, LP**, et al.,<br><br>Defendant-Intervenors. | Case No. 4:19-cv-44-BMM<br><br>**Order Increasing Federal Defendants' Word Limit for Reply In Support of Cross-Motion for Summary Judgment** |

Before the Court is Federal Defendants' unopposed motion for an increase in the word limit for their reply brief in support of their cross-motion for summary judgment on Counts One, Two, and Four. Having considered the motion, and good cause being shown, the motion is

hereby GRANTED. Federal Defendants may file a reply brief of no more than 5,000 words.

SO ORDERED.

DATED this 11th day of February, 2020.

_____
Brian Morris
United States District Court Judge