PRERAK SHAH
JEAN E. WILLIAMS
Deputy Assistant Attorneys General

BENJAMIN J. GRILLOT
BRIDGET KENNEDY MCNEIL
KRISTOFOR R. SWANSON
Environment & Natural Resources Division
U.S. Department of Justice

[contact information in signature block]
*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

**Northern Plains Resource Council**, **et al.**,

Plaintiffs,

v.

**U.S. Army Corps of Engineers**, **et al.**,

Defendants,

and

**TransCanada Keystone Pipeline, LP**, **et al.**,

Defendant-Intervenors.

Case No. 4:19-cv-44-BMM

**Joint Motion for Order Governing Oral Argument on the Cross-Motions for Partial Summary Judgment (Counts One, Two, and Four)**

On March 6, the Court is scheduled to hear oral argument on the parties' cross-motions for summary judgment on Counts One, Two, and Four. *See* ECF Nos. 72, 87, 90. Those cross-motions cover three distinct areas of law—the Clean Water Act, the National Environmental Policy Act, and the Endangered Species Act. The claims are briefed on papers from the original parties (Plaintiffs and Federal Defendants), three intervening entities or groups (TC Energy and TransCanada Keystone Pipeline, a coalition of trade organizations, and the State of Montana), and amici. *See* ECF Nos. 73, 88, 91, 92, 93, 106, 107, 110, 111, 112, 113.

Recognizing the diversity of claims and parties, counsel propose below time allotments and sequencing for argument in an effort to make the March 6 hearing as efficient as possible. Should the Court direct that the hearing focus only on certain issues or questions, the parties agree the hearing could be further streamlined. Absent that, however, the parties propose:

- Plaintiffs' counsel be allotted 45 minutes;
- Federal Defendants' counsel be allotted 35 minutes;
- Defendant-Intervenor TC Energy's counsel be allotted 10 minutes;
- Defendant-Intervenor State of Montana's counsel be allotted 3 minutes;
- Defendant-Intervenor Coalition's counsel be allotted 3 minutes; and
- Plaintiffs' counsel be allotted 5 minutes for rebuttal.

Date: February 26, 2020

PRERAK SHAH
JEAN E. WILLIAMS
Deputy Assistant Attorneys General

___*s/ Kristofor R. Swanson*____
KRISTOFOR R. SWANSON
(Colo. Bar No. 39378)
Senior Attorney
Natural Resources Section
Envt. & Natural Resources Div.
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0248
Fax: (202) 305-0506
kristofor.swanson@usdoj.gov

___*s/ Benjamin J Grillot*__________
BENJAMIN J. GRILLOT
(D.C. Bar No. 982114)
Environmental Defense Section
Envt. & Natural Resources Div.
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0303
Fax: (202) 305-0506
benjamin.grillot@usdoj.gov

__*s/ Bridget Kennedy McNeil*_______
BRIDGET KENNEDY MCNEIL
Senior Trial Attorney
Wildlife & Marine Resources Section
Envt. & Natural Resources Div.
U.S. Department of Justice
999 18th Street
South Terrace, Suite 370
Denver, CO 80202

303-844-1484
bridget.mcneil@usdoj.gov

*Attorneys for Federal Defendants*

*/s/ Doug Hayes* (w/ permission)
Doug Hayes (*pro hac vice*)
Sierra Club Environmental Law Program
1650 38th Street, Suite 102W
Boulder, CO 80301
(303) 449-5595
doug.hayes@sierraclub.org
*Attorney for Plaintiffs Sierra Club and Northern Plains Resource Council*

*/s/ Cecilia D. Segal* (w/ permission)
Cecilia D. Segal (*pro hac vice*)
Natural Resources Defense Council
111 Sutter Street, Floor 21
San Francisco, CA 94104
(415) 875-6100
jprange@nrdc.org
csegal@nrdc.org
*Attorney for Plaintiffs Bold Alliance and Natural Resources Defense Council*

*/s/ Jared Margolis* (w/ permission)
Jared Margolis (*pro hac vice*)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
(503) 283-5474
jmargolis@biologicaldiversity.org
atwood@biologicaldiversity.org
*Attorney for Plaintiffs Center for Biological Diversity and Friends of the Earth*

SIDLEY AUSTIN LLP
*/s/ Peter C. Whitfield* (w/ permission)
Peter R. Steenland, Jr.
Peter C. Whitfield
1501 K Street, N.W.
Washington, DC 20005
Telephone: 202-736-8000
Email: psteenland@sidley.com
pwhitfield@sidley.com

*Attorneys for TransCanada Keystone Pipeline LP and TC Energy Company*

/s/ *Karma B. Brown* (w/ permission)
Deidre G. Duncan (*pro hac vice*)
Karma B. Brown (*pro hac vice*)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 955-1500
dduncan @HuntonAK.com
kbbrown@HuntonAK.com

*Attorneys forc American Gas Association, American Petroleum Institute, Association of Oil Pipe Lines, Interstate Natural Gas Association of America, and National Rural Electric Cooperative Association*

*/s/ Rob Cameron* (w/ permission)
Deputy Attorney General
215 N. Sanders
P.O. Box 201401
Helena, MT 59620-1401
Tel: (406) 444-2026
Fax: (406) 444-5870
rob.cameron@mt.gov

*Attorney for State of Montana*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2020, I filed the above pleading with the Court's electronic case management system, which caused notice to be sent to all parties.

_*Kristofor R. Swanson*______
Kristofor R. Swanson