IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **Northern Plains Resource Council**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **U.S. Army Corps of Engineers**, et al., <br><br> Defendants. <br><br> and <br><br> **TransCanada Keystone Pipeline, LP**, et al., <br><br> Defendant-Intervenors. | Case No. 4:19-cv-44-BMM <br><br> **Order Regarding March 6, 2020, Hearing** |

Before the Court is the parties' joint motion for an order governing oral argument on the cross-motions for partial summary judgment on Counts One, Two, and Four.  Having considered the motion, and good

cause being shown, the motion is hereby GRANTED. The March 6, 2020, hearing shall proceed as follows:

- Plaintiffs' counsel is allotted 45 minutes;
- Federal Defendants' counsel is allotted 35 minutes;
- Defendant-Intervenor TC Energy's counsel is allotted 10 minutes;
- Defendant-Intervenor State of Montana's counsel is allotted 3 minutes;
- Defendant-Intervenor Coalition's counsel is allotted 3 minutes; and
- Plaintiffs' counsel is allotted 5 minutes for rebuttal.

DATED this 27th day of February, 2020.

_____
Brian Morris
United States District Court Judge