PRERAK SHAH
JEAN E. WILLIAMS
Deputy Assistant Attorneys General

BENJAMIN J. GRILLOT
BRIDGET KENNEDY MCNEIL
KRISTOFOR R. SWANSON
Environment & Natural Resources Division
U.S. Department of Justice

[contact information in signature block]
*Attorneys for Federal Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **Northern Plains Resource Council**, et al., | Case No. 4:19-cv-44-BMM |
| Plaintiffs, | |
| v. | |
| **U.S. Army Corps of Engineers**, et al., | **Federal Defendants' Motion to Expedite Briefing and Consideration of Their Motion to Stay Pending Appeal (ECF No. 131) and Request for Administrative Stay** |
| Defendants, | |
| and | |
| **TransCanada Keystone Pipeline, LP**, et al., | |
| Defendant-Intervenors. | |

Federal Defendants move to expedite briefing and consideration of their motion to stay portions of the Court's April 15 Order pending appeal (ECF No. 131).  Specifically, we propose the following briefing schedule and request that the Court rule on the motion to stay by no later than **May 11, 2020**, at which time Federal Defendants intend to seek relief in the Ninth Circuit the following day.

In addition, Federal Defendants request an administrative stay of Paragraphs 5 and 6 in the Court's April 15 Order while the Court considers the motion to stay. Defendant-Intervenor TC Energy Corporation has previously represented to this Court that it "will not commence construction through [water of the United States] without receiving [pre-construction notice] verifications" from the U.S. Army Corps of Engineers.  TC Energy Reply in Support of Mot. for Summ. J. 2, ECF No. 113.  To facilitate the Court's consideration of the motion to stay, the Corps represents that it will not verify any of TC Energy's pre-construction notices during the pendency of any administrative stay.

Good cause exists for expedition and an administrative stay:

1.     As explained more fully in the motion for stay, those portions of the Court's April 15 Order that vacated Nationwide Permit 12 and broadly enjoined the Corps from issuing verifications under the Permit have extraordinary implications.  The breadth of those remedies potentially captures any and every utility line project in the country that is currently using or planning to make use of

1

Nationwide Permit 12 for construction, repair, maintenance, or removal of the utility line.  This would include drinking water lines, fiber-optic cable lines, electrical lines, and telephone lines.  Plaintiffs did not request such broad relief.  Instead, Plaintiffs explicitly disavowed vacatur and sought injunctive relief only as to the Keystone XL pipeline.  And, in any event, Plaintiffs only could have had standing—though we do not concede that point—for a Keystone-specific remedy because they only alleged injuries emanating from that specific project.

2.      Under local rules, briefing on the motion for stay would not be completed until May 25, 2020.  *See* L.R. 7.1(d)(1).  Given the breadth of activities affected by the Court's Order, the Corps, the regulated community, and the public have a significant interest in a much faster decision than local rules contemplate.

3.      Thus, in place of the briefing schedule in local rules, we propose:

- Any memoranda in support of the motion to stay be due no later than **April 29, 2020**;

- Any memoranda in opposition be due no later than **May 6, 2020**;

- Any reply by the movants be due no later than **May 8, 2020**.

4.      We have conferred with counsel for the other parties regarding expedition.  Plaintiffs oppose the motion to expedite and the administrative stay.  Defendant-Intervenors all support expedition and the proposed briefing schedule.

Based upon the foregoing, we respectfully request that the Court expedite briefing on (and its consideration of) the motion for stay and also administratively

stay Paragraphs 5 and 6 of the April 15 Order during that briefing and

consideration.


Date: April 27, 2020


MARK STEGER SMITH
Assistant U.S. Attorney
Office of the United States Attorney
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Tel: (406) 247-4667
Fax: (406) 657-6058
mark.smith3@usdoj.gov

PRERAK SHAH
JEAN E. WILLIAMS
Deputy Assistant Attorneys General

____s/ Kristofor R. Swanson_____
KRISTOFOR R. SWANSON
(Colo. Bar No. 39378)
Senior Attorney
Natural Resources Section
Envt. & Natural Resources Div.
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0248
Fax: (202) 305-0506
kristofor.swanson@usdoj.gov


____s/ Benjamin J. Grillot___
BENJAMIN J. GRILLOT
(D.C. Bar No. 982114)
Environmental Defense Section
Envt. & Natural Resources Div.
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0303
Fax: (202) 305-0506
benjamin.grillot@usdoj.gov


____s/ Bridget Kennedy McNeil__
BRIDGET KENNEDY MCNEIL
Senior Trial Attorney

3

Wildlife & Marine Resources Section
Envt. & Natural Resources Div.
U.S. Department of Justice
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
303-844-1484
bridget.mcneil@usdoj.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 7.1(d)(2)(E), the above motion is proportionately spaced, has a typeface of 14 points and contains 502 words, excluding the caption, signature block, and certificates of service and compliance.

*Bridget K. McNeil*
Bridget Kennedy McNeil

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2020, I filed the above pleading with the Court's electronic case management system, which caused notice to be sent to all parties.

*Bridget K. McNeil*
Bridget Kennedy McNeil

1