UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. ARMY CORPS OF ENGINEERS, et al.,<br><br>    Defendants,<br><br>TC ENERGY CORPORATION, et al.,<br><br>    Defendant-Intervenors,<br><br>STATE OF MONTANA,<br><br>    Defendant-Intervenor,<br><br>AMERICAN GAS ASSOCIATION, et al.,<br><br>    Defendant-Intervenors. | CV-19-44-GF-BMM<br><br>**Declaration of Mary Gail Sullivan** |

I, Mary Gail Sullivan, hereby declare as follows:

1. I am currently employed by NorthWestern Corporation, d/b/a NorthWestern Energy ("NorthWestern") as Director, Environmental & Lands Permitting & Compliance. In this capacity, I implement and oversee NorthWestern's environmental compliance activities for its electrical and natural gas projects, and am familiar with NorthWestern's projects that rely upon NWP-12.

2. NorthWestern is an investor owned utility serving customers in Montana, South Dakota, Nebraska and Yellowstone National Park.

3. NorthWestern's Montana electric utility served 379,400 customers in 2019 covering 73 percent of Montana's land area in its service territory with 17,972 miles of overhead and underground distribution lines and 6,809 miles of transmission lines and associated terminal facilities. NorthWestern's Montana natural gas utility served 201,500 customers with 2,165 miles of transmission pipelines and 4,810 miles of distribution pipelines.

4. NorthWestern's South Dakota electric utility served 63,800 customers in 2019 in 25 counties, with 2,292 miles of overhead and underground distribution lines and 1,237 miles of transmission lines and associated terminal facilities. NorthWestern's South Dakota and Nebraska natural gas utility served 90,100 customers with 55 miles of transmission pipelines and 2,453 miles of distribution pipelines

5. Exhibit 1 is a true and correct copy of NorthWestern's planned projects in Montana and South Dakota for which it would typically rely on Nationwide Permit 12 ("NWP 12").

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct to best of my knowledge.

Executed on April 29, 2020 at Butte, Montana

/s/ _____.
Mary Gail Sullivan

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated:  April 29, 2020        /s/ *Jeremiah Langston*
                                               JEREMIAH LANGSTON
                                               Assistant Attorney General

                                               Counsel for Defendant-Intervenor

# Exhibit 1

NorthWestern's Planned Projects

| State | Water Body | Closest town | Project | Permit Status | Why the Project is Needed | Consequence of no NWP 12 |
|---|---|---|---|---|---|---|
| MT | Grant Creek | Missoula | Gas distribution line | Pre-Construction Notice submitted/ floodplain permit | Moving lines attached to bridges to boring under the creek | DOT requirement. * Compliance and safety concerns |
| MT | Grant Creek | Missoula | Electric distribution line | Pre-Construction Notice submitted/ floodplain permit | Replace aging infrastructure | Reliability. Replace poles at risk of falling over |
| MT | Muddy Creek | Vaughn | Gas transmission line | Pre-Construction Notice submitted | Repairing exposure | Safety. Move the exposed gasline deeper beneath the creek to eliminate a safety concern. Gasline was exposed whe the creek eroded the bank. |
| MT | Bitterroot River | Missoula | Gas transmission line bore | Pre-Construction Notice submitted/ floodplain permit | Moving lines attached to bridges to boring under the river | DOT requirement. Compliance and safety concerns |
| MT | Teton River | Choteau | Gas transmission line bore | Pre-Construction Notice submitted | Repairing exposure | Safety. Move the exposed gasline deeper beneath the river to eliminate a safety concern. The line became exposed due to erosion of the river. |
| MT | Tiber Reservoir | Chester/Shelby | Gas transmission line bore | No ACE required based on NWP 12 notification criteria | Replace aging infrastructure | Safety and Reliability. Bore the line deeper to avoid exposure due to erosion of the banks of the river. |
| MT | West Gallatin River | Bozeman | Gas distribution line | No ACE required based on NWP 12 notification criteria | New service for customer | Provide service to a new commercial campsite. |
| MT | Wetland | Laurel | Electric transmission line | No ACE required based on NWP 12 notification criteria | Replace aging infrastructure | Reliability. Pole replacement required to avoid poles falling over or breaking due to age |
| SD | Wetland | Aberdeen | Electric transmission line | No ACE required based on NWP 12 notification criteria | Replace aging infrastructure | Reliability. Pole replacement required to avoid poles falling over or breaking due to age |
| SD | James River | Olivet | Electric distribution line bore | Pre-Construction Notice submitted | Replace damaged infrastructure | Poles damaged during a storm. Need to be replaced to provide reliable service |
| MT | TBD | TBD | Multiple gas line exposures | Pre-Construction Notices | Repairing exposure (s) due to spring run off | Spring run off often causes banks of rivers and streams to erode and expose gaslines that cross under the river or stream. This creates safety hazard. We typically bore them under deeper or move them from highly erodable banks. |

\* DOT requirement refers to the regulations of the U.S. Department of Transportation, Pipeline and Hazardous Materials Safety Administration.