Timothy M. Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, Montana 59807
(406) 721-1435
tim@bechtoldlaw.net
*Attorney for all Plaintiffs*
(additional counsel listed on signature pages)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL, et al.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>U.S. ARMY CORPS OF ENGINEERS, et al.,<br><br>　　　　Defendants,<br><br>TC ENERGY CORPORATION, et al.,<br><br>　　　　Intervenor-Defendants,<br><br>STATE OF MONTANA,<br><br>　　　　Intervenor-Defendant,<br><br>AMERICAN GAS ASSOCIATION, et al.,<br><br>　　　　Intervenor-Defendants. | CV 19-44-GF-BMM<br><br>**Plaintiffs' Unopposed Motion to File a Combined Response to Federal Defendants' Motion for Partial Stay Pending Appeal and TC Energy's Motion for Stay Pending Appeal** |

Plaintiffs hereby file this unopposed motion for leave to file a single combined brief of up to 10,000 words in opposition to Defendants' motions for a stay pending appeal and supporting memorandums.

On April 27, Federal Defendants filed a Motion for Partial Stay Pending Appeal. ECF No. 131. On April 29, the State of Montana and the NWP 12 Coalition each filed a brief in support of Federal Defendants' motion. ECF Nos. 135, 138. Also on April 29, TC Energy filed its own Motion for Stay Pending Appeal. ECF Nos. 136-37. Pursuant to the Court's Order of April 28, ECF No. 134, Plaintiffs' response is due on May 6.

Plaintiffs respectfully seek leave to file a single combined memorandum in opposition to these four pleadings, not to exceed 10,000 words.

Plaintiffs have conferred with opposing counsel, and no party opposes this motion.

Dated: May 1, 2020   Respectfully submitted,

/s/ Doug Hayes
Doug Hayes (*pro hac vice*)
/s/ Eric Huber
Eric Huber (*pro hac vice*)
Sierra Club Environmental Law Program
1650 38th Street, Suite 102W
Boulder, CO 80301
(303) 449-5595
doug.hayes@sierraclub.org
eric.huber@sierraclub.org

1

*Attorneys for Sierra Club and Northern Plains Resource Council*

/s/ Cecilia Segal
Cecilia Segal (*pro hac vice*)
Natural Resources Defense Council
111 Sutter Street, Floor 21
San Francisco, CA 94104
(415) 875-6100
csegal@nrdc.org
*Attorney for Bold Alliance and Natural Resources Defense Council*

/s/ Jared Margolis
Jared Margolis (*pro hac vice*)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
(971) 717-6401
jmargolis@biologicaldiversity.org
*Attorney for Center for Biological Diversity and Friends of the Earth*

/s/ Timothy M. Bechtold
Timothy M. Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807
(406) 721-1435
tim@bechtoldlaw.net
*Attorney for all Plaintiffs*

2

## CERTIFICATE OF SERVICE

I certify that I served the foregoing motion on all counsel of record via the Court's CM/ECF system.

/s/ Cecilia D. Segal