FILED
May 01, 2020
Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ARMY CORPS OF ENGINEERS, et al., <br><br> Defendants, <br><br> TC ENERGY CORPORATION, et al., <br><br> Intervenor-Defendants, <br><br> STATE OF MONTANA, <br><br> Intervenor-Defendant, <br><br> AMERICAN GAS ASSOCIATION, et al., <br><br> Intervenor-Defendants. | CV 19-44-GF-BMM <br><br> **Order Granting Plaintiffs' Unopposed Motion to File a Combined Response to Federal Defendants' Motion for Partial Stay Pending Appeal and TC Energy's Motion for Stay Pending Appeal** |

Finding good cause, Plaintiffs' Unopposed Motion to File a Combined Response to Federal Defendants' Motion for Partial Stay Pending Appeal and TC Energy's Motion for Stay Pending Appeal (Doc. 139) is hereby **GRANTED**. Plaintiffs may file a combined response of up to 10,000 words by May 6, 2020.

DATED this 1st day of May, 2020.

_____
Brian Morris, Chief District Judge
United States District Court