IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS, *et al.*,<br><br>Defendants,<br><br>TC ENERGY CORPORATION, *et al.*,<br><br>Intervenor-Defendants. | Case No. CV 19-44-GF-BMM<br><br><br>**ORDER GRANTING UNOPPOSED MOTION FOR ESSENTIAL INFRASTRUCTURE COALITION TO FILE AN AMICUS BRIEF** |

The Essential Infrastructure Coalition ("EIC")—which includes The Dayton Power and Light Company; Indianapolis Power & Light Company; Dominion Energy, Inc.; Trinity River Authority of Texas; Lower Neches Valley Authority of Texas; CenterPoint Energy, Inc.; and Idaho Power Company—filed a motion for leave to file an amicus brief in support of Federal Defendants. Based on the motion's description of information that would be provided in the proposed amicus brief, the

1

Court finds that the amicus brief would provide useful information that has not been provided to the Court by the parties. No parties oppose the motion.

IT IS HEREBY ORDERED that EIC's motion for leave to file an amicus brief is GRANTED.

DATED this 6th day of May, 2020.

_____
Brian Morris, Chief District Judge
United States District Court