TIMOTHY C. FOX
Montana Attorney General
ROB CAMERON
Deputy Attorney General
JEREMIAH LANGSTON
Assistant Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
rob.cameron@mt.gov
jeremiah.langston@mt.gov

COUNSEL FOR DEFENDANT-INTERVENOR
STATE OF MONTANA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. ARMY CORPS OF ENGINEERS, et al.,<br><br>　　　　Defendants,<br><br>TC ENERGY CORPORATION, et al.,<br><br>　　　　Defendant-Intervenors,<br><br>STATE OF MONTANA,<br><br>　　　　Defendant-Intervenor,<br><br>AMERICAN GAS ASSOCIATION, et al.,<br><br>　　　　Defendant-Intervenors. | CV-19-44-GF-BMM<br><br>**STATE OF MONTANA'S NOTICE OF APPEAL** |

Pursuant to Federal Rules of Appellate Procedure 3 and 4 and 28 U.S.C. § 1292(a)(1), notice is hereby given that Defendant-Intervenor State of Montana, hereby appeals the Court's April 15, 2020 Order (Doc. 130) and the Court's May 11, 2020 Order (Doc. 151). This appeal is taken to the United States Court of Appeals for the Ninth Circuit.

Respectfully submitted this 18th day of May, 2020

>TIMOTHY C. FOX
>Montana Attorney General
>ROB CAMERON
>Deputy Attorney General
>JEREMIAH LANGSTON
>Assistant Attorney General
>215 North Sanders
>P.O. Box 201401
>Helena, MT 59620-1401
>
>*/s/ Jeremiah Langston*
>JEREMIAH LANGSTON
>Assistant Attorney General
>Counsel for State of Montana

# CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the clerk of the court for the United States District Court for the District of Montana, using cm/ecf system.

Participants in the case who are registered cm/ecf users will be served by the cm/ecf system.

Dated:  May 18, 2020                 */s/ Jeremiah Langston*
                                             JEREMIAH LANGSTON
                                             Assistant Attorney General