TIMOTHY C. FOX
Montana Attorney General
ROB CAMERON
Deputy Attorney General
JEREMIAH LANGSTON
Assistant Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
rob.cameron@mt.gov
jeremiah.langston@mt.gov

COUNSEL FOR DEFENDANT-INTERVENOR
STATE OF MONTANA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. ARMY CORPS OF ENGINEERS, et al.,<br><br>　　　　Defendants,<br><br>TC ENERGY CORPORATION, et al.,<br><br>　　　　Defendant-Intervenors,<br><br>STATE OF MONTANA,<br><br>　　　　Defendant-Intervenor,<br><br>AMERICAN GAS ASSOCIATION, et al.,<br><br>　　　　Defendant-Intervenors. | CV-19-44-GF-BMM<br><br>**STATE OF MONTANA'S STATEMENT OF REPRESENTATION** |

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2, Defendants submit this Representation Statement. The following list identifies all parties to the action along with the names, addresses, telephone numbers and email of their respective counsel:

| Plaintiffs and Appellees: | Counsel of Record: |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL, BOLD ALLIANCE, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, CENTER FOR BIOLOGICAL DIVERSITY, and FRIENDS OF THE EARTH. | Timothy M. Bechtold<br>Bechtold Law Firm, PLLC<br>P.O. Box 7051<br>Missoula, MT 59807<br>(406) 721-1435<br>tim@bechtoldlaw.net<br><br>Doug Hayes<br>Eric Huber<br>Sierra Club Environmental Law Program<br>1650 38th Street, Suite 102W<br>Boulder, CO 80301<br>(303) 449-5595<br>doug.hayes@sierraclub.org<br>eric.huber@sierraclub.org<br><br>Cecilia D. Segal<br>Natural Resources Defense Council<br>111 Sutter Street, Floor 21<br>San Francisco, CA 94104<br>(415) 875-6100<br>csegal@nrdc.org<br><br>Jared Margolis<br>Center for Biological Diversity<br>P.O. Box 11374 |

| | |
|---|---|
| | Portland, OR 97211<br>(503) 283-5474<br>jmargolis@biologicaldiversity.org |
| Defendants and Appellants:<br><br>U.S. ARMY CORPS OF ENGINEERS and LIEUTENANT GENERAL TODD T. SEMONITE, in his official capacity as U.S. Army Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers. | Counsel of Record:<br><br>Kristofor R. Swanson<br>Senior Attorney<br>Natural Resources Section<br>Envt. & Natural Resources Div.<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, DC 20044-7611<br>(202) 305-0248<br>kristofor.swanson@usdoj.gov<br><br>Benjamin J. Grillot<br>Environmental Defense Section<br>Envt. & Natural Resources Div.<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, DC 20044-7611<br>(202) 305-0303<br>benjamin.grillot@usdoj.gov<br><br>Bridget Kennedy McNeil<br>Senior Trial Attorney<br>Wildlife & Marine Resources Section<br>Envt. & Natural Resources Div.<br>U.S. Department of Justice<br>999 18th Street<br>South Terrace, Suite 370<br>Denver, CO 80202<br>303-844-1484<br>bridget.mcneil@usdoj.gov |

| | |
|---|---|
| Intervenor-Defendants and Appellants:<br><br>TRANSCANADA KEYSTONE PIPELINE, LP, a Delaware limited partnership, and TC ENERGY CORPORATION, a Canadian Public company. | Counsel of Record:<br><br>Peter C. Whitfield<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W. Washington, D.C. 20005<br>(202) 736-8000<br>pwhitfield@sidley.com<br><br>Jeffery J. Oven<br>Mark L. Stermitz<br>Jeffrey M. Roth<br>CROWLEY FLECK PLLP<br>490 North 31st Street, Ste. 500<br>P.O. Box 2529<br>Billings, MT 59103-2529<br>(406) 252-3441<br>joven@crowleyfleck.com<br>mstermitz@crowleyfleck.com<br>jroth@crowleyfleck.com |
| Intervenor-Defendants and Appellants:<br><br>AMERICAN GAS ASSOCIATION, AMERICAN PETROLEUM INSTITUTE, ASSOCIATION OF OIL PIPELINES, INTERSTATE NATURAL GAS ASSOCIATION OF AMERICA, and NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION | Counsel of Record:<br><br>Deidre G. Duncan<br>Karma B. Brown<br>HUNTON ANDREWS KURTH LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>(202) 955-1500<br>dduncan@HuntonAK.com<br>kbbrown@HuntonAK.com<br><br>William W. Mercer<br>Brianne McClafferty<br>HOLLAND & HART LLP<br>401 North 31st Street, Suite 1500<br>Billings, MT 59101<br>(406) 252-2166 |

|  | wwmercer@hollandhart.com<br>bcmcclafferty@hollandhart.com |
|---|---|
| Intervenor-Defendant and Appellant:<br><br>STATE OF MONTANA | Counsel of Record:<br><br>Rob Cameron<br>Deputy Attorney General<br>Jeremiah Langston<br>Assistant Attorney General<br>215 North Sanders<br>P.O. Box 201401<br>Helena, MT 59620-1401<br>406-444-2026<br>rob.cameron@mt.gov<br>jeremiah.langston@mt.gov |

Respectfully submitted this 18th day of May, 2020

                        TIMOTHY C. FOX
                        Montana Attorney General
                        ROB CAMERON
                        Deputy Attorney General
                        JEREMIAH LANGSTON
                        Assistant Attorney General
                        215 North Sanders
                        P.O. Box 201401
                        Helena, MT 59620-1401

                        */s/ Jeremiah Langston*
                        JEREMIAH LANGSTON
                        Assistant Attorney General
                        Counsel for State of Montana

# **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing document with the clerk of the court for the United States District Court for the District of Montana, using cm/ecf system.

Participants in the case who are registered cm/ecf users will be served by the cm/ecf system.

Dated:  <u>May 18, 2020</u>        */s/ Jeremiah Langston*
                          JEREMIAH LANGSTON
                          Assistant Attorney General