UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 28 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS; TODD T. SEMONITE, In his official capacity and U.S. Army Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers, <br><br> Defendants-Appellants, <br><br> and <br><br> TRANSCANADA KEYSTONE PIPELINE, LP; et al., <br><br> Intervenor-Defendants. | No.  20-35412 <br><br> D.C. No. 4:19-cv-00044-BMM <br> District of Montana, <br> Great Falls <br><br> ORDER |
| NORTHERN PLAINS RESOURCE COUNCIL; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS; TODD T. SEMONITE, In his official capacity and U.S. Army Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers, | No.  20-35414 <br><br> D.C. No. 4:19-cv-00044-BMM |

    Defendants,

TRANSCANADA KEYSTONE PIPELINE, LP; et al.,

    Intervenor-Defendants,

 and

AMERICAN GAS ASSOCIATION; et al.,

   Intervenor-Defendants-Appellants.

---

NORTHERN PLAINS RESOURCE COUNCIL; et al.,

    Plaintiffs-Appellees,

 v.

UNITED STATES ARMY CORPS OF ENGINEERS; TODD T. SEMONITE, In his official capacity and U.S. Army Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers,

    Defendants,

STATE OF MONTANA; et al.,

    Intervenor-Defendants,

 and

TRANSCANADA KEYSTONE PIPELINE, LP; TC ENERGY CORPORATION,

No. 20-35415

D.C. No. 4:19-cv-00044-BMM

> Intervenor-Defendants-
> Appellants.

Before:  SILVERMAN and NGUYEN, Circuit Judges.

The motions to become amicus curiae submitted by American Fuel & Petrochemical Manufacturers; Energy Infrastructure Council; the Chamber of Commerce of the United States; the States of West Virginia, Texas, Alabama, Alaska, Arkansas, Georgia, Indiana, Kansas, Kentucky, Louisiana, Missouri, Nebraska, North Dakota, Ohio, Oklahoma, South Carolina, South Dakota, and Utah; Defenders of Wildlife, Virginia Wilderness Committee, West Virginia Highlands Conservancy, and West Virginia Rivers Coalition; and the Rosebud Sioux Tribe and Fort Belknap Indian Community (Docket Entry Nos. 28, 30, 31, 40, 51, and 53 in 20-35412) are granted.

The Federal Appellants' request to file an oversized reply in support of their motion for a stay pending appeal (Docket Entry No. 49 in 20-35412) is granted.

Appellants' emergency motions for a partial stay of the district court's April 15, 2020 and May 11, 2020 orders pending appeal (Docket Entry Nos. 11, 12, 19, and 34 in 20-35412) are denied.  Appellants have not demonstrated a sufficient likelihood of success on the merits and probability of irreparable harm to warrant a stay pending appeal.  *See Nken v. Holder*, 556 U.S. 418, 425–26 (2009).

The previously established briefing schedule remains in effect.