|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 12 2021 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

NORTHERN PLAINS RESOURCE COUNCIL; et al.,

        Plaintiffs-Appellees,

 v.

UNITED STATES ARMY CORPS OF ENGINEERS; TODD T. SEMONITE, In his official capacity and U.S. Army Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers,

        Defendants-Appellants,

 and

TRANSCANADA KEYSTONE PIPELINE, LP; et al.,

        Intervenor-Defendants.

No.   20-35412

D.C. No. 4:19-cv-00044-BMM
District of Montana,
Great Falls

ORDER

---

NORTHERN PLAINS RESOURCE COUNCIL; et al.,

        Plaintiffs-Appellees,

 v.

UNITED STATES ARMY CORPS OF ENGINEERS; TODD T. SEMONITE, In his official capacity and U.S. Army Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers,

No.   20-35414

D.C. No. 4:19-cv-00044-BMM

AC/MOATT

Defendants,

TRANSCANADA KEYSTONE PIPELINE, LP; et al.,

Intervenor-Defendants,

and

AMERICAN GAS ASSOCIATION; et al.,

Intervenor-Defendants-Appellants.

---

NORTHERN PLAINS RESOURCE COUNCIL; et al.,

Plaintiffs-Appellees,

v.

UNITED STATES ARMY CORPS OF ENGINEERS; TODD T. SEMONITE, In his official capacity and U.S. Army Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers,

Defendants,

STATE OF MONTANA; et al.,

Intervenor-Defendants,

and

TRANSCANADA KEYSTONE PIPELINE, LP; TC ENERGY CORPORATION,

No.   20-35415

D.C. No. 4:19-cv-00044-BMM

|  |  |
|---|---|
| Intervenor-Defendants-Appellants. | |

| | |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL; et al., | No.   20-35432 |
| Plaintiffs-Appellees, | D.C. No. 4:19-cv-00044-BMM |
| v. | |
| UNITED STATES ARMY CORPS OF ENGINEERS; TODD T. SEMONITE, In his official capacity and U.S. Army Chief of Engineers and Commanding General of the U.S. Army Corps of Engineers, | |
| Defendants, | |
| TRANSCANADA KEYSTONE PIPELINE, LP; et al., | |
| Intervenor-Defendants, | |
| and | |
| STATE OF MONTANA, | |
| Intervenor-Defendant-Appellant. | |

The unopposed motion for an extension of time (Docket Entry No. 151 in 20-35412) to respond to the motion to vacate is granted. The responses to the

AC/MOATT                                    3

motion to vacate are due May 28, 2021.  The optional reply in support of the

motion to vacate is due June 18, 2021.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Alex Christopher
Deputy Clerk
Ninth Circuit Rule 27-7

AC/MOATT                                4