# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

NORTHERN PLAINS RESOURCE
COUNCIL, et al.,

          Plaintiffs,

          v.

U.S. ARMY CORPS OF ENGINEERS,
et al.,

          Defendants,

TC ENERGY CORPORATION, et al.,

          Intervenor-Defendants,

STATE OF MONTANA,

          Intervenor-Defendant,

AMERICAN GAS ASSOCIATION,
et al.,

          Intervenor-Defendants.

CV 19-44-GF-BMM

**Order Granting Unopposed Motion to Modify Briefing Schedule**

Plaintiffs have moved to modify the briefing schedule on Defendants' motion to vacate, as set forth in the Status Report of February 22, 2022 (Doc. 171). For good cause shown, the Court GRANTS the motion and hereby enters the following briefing schedule:

|  |  |
|---|---|
| April 29, 2022 | Defendants' motion to vacate |
| May 9, 2022 | Defendant-intervenor briefs in support |
| June 17, 2022 | Plaintiffs' opposition brief |
| July 8, 2022 | Defendants' reply brief |

DATED this 4th day of April, 2022.


_____
Brian Morris, Chief District Judge
United States District Court