IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| Northern Plains Resource Council, et al.,<br>  Plaintiffs,<br><br>    v.<br><br>U.S. Army Corps of Engineers, et al.,<br><br>  Defendants,<br><br>  and<br><br>TransCanada Keystone Pipeline, LP, et al.,<br>  Defendant-Intervenors. | Case No. 4:19-cv-00044-BMM<br><br>**ORDER** |

Federal Defendants have filed an Unopposed Motion to Appear by Video Conference or Telephone for the June 30, 2022 Hearing on their Motion to Vacate April 15, 2020 and May 11, 2020 Decisions and Order. For good cause shown, the Court hereby GRANTS the motion. ALL counsel will appear at the June 30, 2022 hearing by ZOOM. The Clerk of Court will provide the parties the ZOOM link.

DATED this 2nd day of June, 2022.

_____
Brian Morris, Chief District Judge
United States District Court